

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-10-2007

# USA v. Weaver

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-4596

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Weaver" (2007). *2007 Decisions*. Paper 1335.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1335

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-4596

UNITED STATES OF AMERICA

v.

EUGENE D. WEAVER,

Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 04-cr-00320-5)
District Judge: Honorable John P. Fullam

Submitted Under Third Circuit LAR 34.1(a)
January 16, 2007

Before: McKEE, AMBRO and STAPLETON, Circuit Judges

(Opinion filed March 22, 2007)

**ORDER  AMENDING  OPINION**

AMBRO, *Circuit Judge*

It is now ordered that the not precedential Opinion in the above case filed March 22, 2007, be amended as follows:

On page 16 and 17, delete the entire paragraph beginning "We note further".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: April 10, 2007
CMD/cc:  Mark E. Cedrone, Esq.
         Anthony J. Wzorek, Esq.